**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**CALVIN REGISTER,**

        Plaintiff,

v.                                                          Civil Action 7:13-CV-9 (HL)

**CLEAVER-BROOKS, INC.,**

        Defendant.

**ORDER**

    Counsel for Plaintiff is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than April 19, 2013.

    **SO ORDERED**, this the 5th day of April, 2013.

                        */s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

ebr