IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**CALVIN REGISTER,**

    Plaintiff,

v.

**CLEAVER-BROOKS, INC.**,

    Defendant.

Civil Action No. 7:13-CV-9 (HL)

## ORDER

The parties are ordered to file complete copies of any deposition they rely on in moving for or opposing summary judgment, including but not necessarily limited to the depositions of the following persons: Plaintiff Calvin Register; Robert Jackson; Steve Marcum; Nora Wallace; Doug Peek; William Lawing; Dennis Hettinger; Rufus Russ; Terry McCall; Katrina Hines; Hiram Jackson; and Ricky Blalock. The parties are also ordered to file all of the exhibits to these depositions. The depositions and exhibits must be filed not later than April 30, 2014.

**SO ORDERED**, this the 25th day of April, 2014.

                         *s/ Hugh Lawson*
                         **HUGH LAWSON, SENIOR JUDGE**

scr